**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                    No. C-12-3183 EMC (pr)

JAIME LUEVANO,

        Plaintiff.                                **ORDER OF TRANSFER**
_____/

       Jaime Luevano, an inmate at a prison in Kenedy, Texas, operated by the Texas Department of Criminal Justice, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison.  The prison is located in Karnes County, Texas, within the venue of the Western District of Texas.  *See* 28 U.S.C. § 124(d).  The defendants work at that prison, and apparently reside in that district.  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California.  Venue therefore would be proper in the Western District of Texas, and not in this one.  *See* 28 U.S.C. §§ 85, 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Western District of Texas.  The Clerk shall transfer this matter.

       IT IS SO ORDERED.

Dated:  October 9, 2012

_____
EDWARD M. CHEN
United States District Judge